```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MT. HAWLEY INSURANCE COMPANY,                                          :
                                                                       :
                          Plaintiff,                                   :
                                                                       :     23 Civ. 1386 (JPC)
                -v-                                                    :
                                                                       :     ORDER
PERSAUD USA PROPERTY HOLDINGS, LLC,                                    :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff served Defendant with Summons and the Complaint on March 2, 2023, making Defendant's deadline to respond to the Complaint March 23, 2023.  Dkt. 6.  That deadline has passed, and the docket does not reflect any response from Defendant.  Accordingly, Defendant's deadline to respond to the Complaint is adjourned to March 31, 2023.  If Defendant once again fails to respond by its deadline to do so, Plaintiff shall seek a certificate of default by April 5, 2023.

      SO ORDERED.

Dated: March 27, 2023  
       New York, New York

                                                  JOHN P. CRONAN  
                                                  United States District Judge