# SETH GINSBERG
ATTORNEY AT LAW

June 6, 2023

**Via Email and ECF**
Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re:   *Mt. Hawley Insurance Company v. Persaud USA Property Holdings LLC*, 23-cv-01386

Dear Judge Cronan:

      My office represents the defendant, Persaud USA Property Holdings LLC ("Persaud"), in the referenced matter. The Court has scheduled the Initial Conference in this matter for July 5, 2023 at 11am. With the consent of counsel for the plaintiff, it is respectfully requested that the Court adjourn the Initial Conference until a date during the week of July 31, 2023. The reason for the request is that counsel for defendant will be on vacation from June 30 through July 14. The requested adjournment will also provide counsel for the parties with sufficient time to confer and draft the joint letter that is required in advance of the Initial Conference, as well as a proposed case management plan. The week of July 31 is further requested in light of other professional obligations of counsel for the parties during June and July. No prior request has been made for the relief sought in the instant application.

Respectfully,

s/Seth Ginsberg

cc:   All Counsel (via ECF)

> The request is granted. The Initial Pretrial Conference is adjourned to August 2, 2023, at 9:00 a.m. via telephone. At the scheduled time, counsel for all parties should call 866-434-5269, access code 9176261.
>
> SO ORDERED.
>
> June 6, 2023
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge