UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MT. HAWLEY INSURANCE COMPANY,                                           :
:
Plaintiff,                                :
:                    23 Civ. 1386 (JPC)
-v-                                        :
:                         ORDER
PERSAUD USA PROPERTY HOLDINGS, LLC,                                     :
:
Defendant.                                :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      In the Court's September 10, 2024 Opinion and Order, the Court directed Plaintiff to inform the Court "whether it is still pursuing its third request for declaratory relief" by September 17, 2024. *See* Dkt. 29 at 15. That deadline has passed and the docket does not reflect the entry of Plaintiff's response. The Court *sua sponte* extends Plaintiff's deadline to September 20, 2024. If Plaintiff does not respond to the Court's Order by that date, the Court will decline to exercise its discretionary jurisdiction over Plaintiff's third request for declaratory relief in light of the other relief afforded to Plaintiff in the Court's Opinion and Order. *See Admiral Ins. Co. v. Niagara Transformer Corp.*, 57 F.4th 85, 99-100 (2d Cir. 2023) (holding that, among other factors, a district court may decline to exercise its discretionary jurisdiction under the Declaratory Judgment Act where the declaratory judgment sought will not "serve a useful purpose in clarifying or settling the legal issues involved").

      SO ORDERED.

Dated: September 19, 2024
      New York, New York
                                                                  JOHN P. CRONAN
                                                                United States District Judge