```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MT. HAWLEY INSURANCE COMPANY,                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :          23 Civ. 1386 (JPC)
          -v-                                                          :
                                                                       :                ORDER
PERSAUD USA PROPERTY HOLDINGS, LLC,                                    :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Plaintiff Mt. Hawley Insurance Company's letter dated September 19, 2024. Dkt. 31. In that letter, Mt. Hawley informs the Court that "Mt. Hawley will not pursue the third request for declaratory relief in light of the [Court's] September 10, 2024 Opinion and Order (D[kt]. 29)." *Id.* at 1. The Court therefore deems Mt. Hawley's third cause of action in its Complaint, Dkt. 1 at 7-8, abandoned and dismisses that cause of action without prejudice.

The Clerk of Court is respectfully directed to enter judgment in favor of Mt. Hawley on the first and second causes of action and to close this case.

SO ORDERED.

Dated: September 20, 2024
      New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge