**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MT. HAWLEY INSURANCE COMPANY,

                        Plaintiff,

    -against-                                      23 **CIVIL** 1386 (JPC)

                                                        **JUDGMENT**

PERSAUD USA PROPERTY HOLDINGS, LLC,

                        Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 20, 2024, 2024, the Court therefore deems Mt. Hawley's third cause of action in its Complaint, Dkt. 1 at 7-8, abandoned and dismisses that cause of action without prejudice. Judgment entered in favor of Mt. Hawley on the first and second causes of action and the case is closed.

**Dated:** New York, New York

      September 20, 2024

                                                       **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                        **BY:**

                                            _____
                                                 **Deputy Clerk**